1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   WAYNE W. BLACK, JR.,
)
8              Plaintiff,                          )
)   NO.  CV-10-164-CI
9       v.                                         )
)
10   MICHAEL J. ASTRUE,                      )   **JUDGMENT IN A**
     Commissioner of Social Security,       )      **CIVIL CASE**
11                                                )
)
             Defendant.                      )
12   _____)

13

14   **DECISION BY THE COURT:**

         This action came to hearing before the Court.  The issues have been heard

15
and a decision has been rendered.
16

17       **IT IS ORDERED AND ADJUDGED** that:

         Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
18

19   for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for

20   Defendant.

         DATED: December 14, 2011
21
22                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
23
                                      s/ L. Stejskal
                                      Deputy Clerk
24
25
26
27
28